IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
SEP 11 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPERSEDING INFORMATION |
| Plaintiff, ) | JUDGE CHRISTOPHER A. BOYKO |
| v. ) | CASE NO. 19-CR-00337 |
| ) | Title 18, United States Code, |
| CHRISTIAN K. SMITH, ) | Sections 2252(a)(2), |
| ) | 2252A(a)(5)(B) and 2251(a) |
| Defendant. ) | |

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged In Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The United States Attorney charges:

1. From on or about May 9, 2014 through on or about May 2, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CHRISTIAN K. SMITH did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The United States Attorney further charges:

2. On or about May 2, 2019, in the Northern District of Ohio, Eastern Division, Defendant CHRISTIAN K. SMITH did knowingly possess a Galaxy cellular phone, an Alcatel cellular phone, and a Toshiba laptop that contained child pornography as defined in Title 18,

United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

COUNT 3<br>(Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a))

The United States Attorney further charges:

3. From on or about July 20, 2017 through on or about July 20, 2018, in the Northern District of Ohio, Eastern Division, Defendant CHRISTIAN SMITH did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, Section 2251(a), United States Code.

JUSTIN E. HERDMAN
United States Attorney

By: _____
EDWARD F. FERAN
Chief, General Crimes Unit